(112 So. 222)

### J. Morgan FLOWERS v. STATE.
(6 Div. 926.)

Supreme Court of Alabama. April 14, 1927.

Certiorari to Court of Appeals.

F. F. Windham, of Birmingham, and Rushton, Crenshaw & Rushton, of Montgomery, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of J. Morgan Flowers for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Flowers v. State, 112 So. 221.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BROWN, JJ., concur.